## NORFOLK & WESTERN RY. CO. v. Richard M. KELLEY.

Circuit Court of Appeals, Sixth Circuit. June 12, 1928.

No. 5171.

Appeal from the District Court of the United States for the Southern District of Ohio; Benson W. Hough, Judge.

See, also, 19 F.(2d) 808.

Booth, Keating, Pomerene & Boulger, of Columbus, Ohio, and Henry Bannon, of Portsmouth, Ohio, for appellant.

Anderson & Lamb, of Youngstown, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

### 2
## OTIS ELEVATOR COMPANY v. John S. BOND.

Circuit Court of Appeals, Sixth Circuit. April 9, 1928.

No. 5061.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

Metcalf, Metcalf & Apperson, of Memphis, Tenn., for plaintiff in error.

Fitzhugh & Fitzhugh, of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

### 3
## William R. PHARR v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. February 7, 1928.

No. 5040.

In Error to the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

Bryan & Brode and L. E. Gwinn, all of Memphis, Tenn., for plaintiff in error.

Lindsay B. Phillips, U. S. Atty., of Memphis, Tenn., and Nugent Dodds, Sp. Asst. Atty. Gen., for defendant in error.

PER CURIAM. Remanded to District Court for further proceedings, pursuant to stipulation of counsel.

---

### 4
## PITTSBURG & LAKE ERIE RAILROAD CO. v. Edward T. GOULDSBARRY.

Circuit Court of Appeals, Sixth Circuit. April 3, 1928.

No. 5022.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Wilson, Hahn & Wilson, of Youngstown, Ohio, for plaintiff in error.

R. H. Dawson and Day & Day, all of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.